FILED '07 FEB 14 16:47 USDC-ORE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

ROBIN CALLAWAY,  )
                )
        Plaintiff,  )
                )  Civil No. 05-1576-TC
    v.          )
                )  ORDER
JO ANNE B. BARNHART,  )
Commissioner of Social Security)
                )
        Defendant.  )
                )

Magistrate Judge Thomas M. Coffin filed his Findings and Recommendation on January 29, 2007. The matter is now before me. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. Lorin Corp. v. Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir. 1982). See also Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the legal principles de novo, I find no error.

1   - ORDER

Accordingly, I ADOPT Judge Coffin's Findings and Recommendation. Defendant's motion to dismiss (#6) is granted.

IT IS SO ORDERED.

DATED this \_\_14th\_\_ day of \_\_Feb._____, 2007.

_____
UNITED STATES DISTRICT JUDGE

2    - ORDER